IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES STOVALL; ROBERT DAVIS;
TRESSIE WILSON; and CHARLIE LAWRENCE     PLAINTIFFS

V.     CASE NO. 6:09 CV6009-RTD

XEROX CORPORATION    DEFENDANT

### ORDER

The parties have entered a Stipulation that this matter has been settled. Pursuant to that Stipulation, this matter is dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE

May 15, 2009
_____
DATE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 5 2009

CHRIS R. JOHNSON, CLERK
BY
     DEPUTY CLERK